UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SAENZ-MARTINEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, January 11, 2013,** and responses to these motions shall be filed by **Wednesday, January 23, 2013.** It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 4, 2013, at 9:00 a.m. in courtroom A-1002.**

    Dated: December 10, 2012.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        CHIEF U. S. DISTRICT JUDGE